# United States District Court

## Southern District of Georgia

TaQuita Jones

_____
Plaintiff

v.   Ethicon, Inc. and Johnson & Johnson

_____
Defendant

Case No. __4:21-cv-00023__

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Wheaton P. Webb |
| Business Address: | Troutman Pepper Hamilton Sanders LLP |
| | Firm/Business Name |
| | 600 Peachtree Street NE, Ste. 3000 |
| | Street Address |
| | Atlanta, GA, 30308 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404 885 2719 — 902682 |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | wheaton.webb@troutman.com |