## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| TAQUITA JONES, | | |
| Plaintiff, | | CIVIL ACTION NO. 4:21-cv-23 |
| v. | | |
| ETHICON, INC.; and JOHNSON & JOHNSON, | | |
| Defendants. | | |

### <u>O R D E R</u>

Presently before the Court is Defendants' Motion to Bifurcate Trial on Statute of Limitations.  (Doc. 74.)  Substantial work remains to be done by the parties and the Court before this case will be ripe for trial and decisions regarding the format of trial proceedings, such as whether bifurcation would be appropriate.  Accordingly, the Court **DENIES** the Motion to Bifurcate **WITHOUT PREJUDICE** to its re-filing, if desired, at a later time designated by the Court.  (<u>Id.</u>)

**SO ORDERED**, this 22nd day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA