IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAQUITA JONES,<br><br>    Plaintiff,<br><br>   v.<br><br>ETHICON INC.; and JOHNSON & JOHNSON,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-23 |

## O R D E R

On June 5, 2023, the Court administratively closed this action as the case had settled. (Doc. 181.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they stipulate to the dismissal of all pending claims in this action with prejudice, with each party to bear its own attorneys' fees and costs. (Doc. 182.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 26th day of July, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA